NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALTIME DATA LLC, dba IXO,**
*Plaintiff-Appellant*

**v.**

**CARBONITE, INC.,**
*Defendant-Appellee*

---

2023-1232

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:17-cv-12499-IT, Judge Indira Talwani.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Realtime Data LLC's unopposed motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

2                                    REALTIME DATA LLC v. CARBONITE, INC.

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

October 16, 2023

Date

Jarrett B. Perlow

Clerk of Court

ISSUED AS A MANDATE:  October 16, 2023